NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



DEANTHONY MIKE,                          )
                                         )
      Appellant,                          )
                                         )
v.                                       )     Case No. 2D19-490
                                         )
STATE OF FLORIDA,                        )
                                         )
      Appellee.                           )
_____  )

Opinion filed November 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.


PER CURIAM.


      Affirmed.


SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.